# ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO: Concerned Parties**

**FROM: Brigitte Jones, Courtroom Deputy          Date: 3/24/2020**
**          by Order of Judge Alvin K. Hellerstein**

**Desmond Shalom Monroe v. The MicKissack Group 18 Civ. 7247 (AKH)**

**The status conf. previously set for April 3, 2020 is hereby adjourned.**

**You are hereby notified that you are required to appear for a status conf.**

> **Date : June 26 , 2020**
> **Time: 10:00 am**
> **Place: U.S. Courthouse - Southern District of New York**
> **        500 Pearl Street**
> **        Courtroom 14D**
> **        New York, New York 10007**

**So Ordered,**

**_____/s/_____**

# Alvin K. Hellerstein
### United States District Judge